B1 (Official Form 1) (4/10)        11-20995

| UNITED STATES BANKRUPTCY COURT | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mara & Paul Miller, A Partnership** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>45-2673517 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>110 Marginal Way Ste 125<br>Portland, Maine<br>ZIP CODE 04101 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Cumberland | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☑ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other
Real Estate

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Mara & Paul Mille |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: NA | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: NA | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)     (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Mara & Paul Miller |
|---|---|

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor X _____ Signature of Joint Debtor _____ Telephone Number (if not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ (Signature of Foreign Representative) _____ (Printed Name of Foreign Representative) _____ Date |
| **Signature of Attorney*** X _____ Signature of Attorney for Debtor(s) _____ Printed Name of Attorney for Debtor(s) _____ Firm Name _____ Address _____ Telephone Number _____ Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer** I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)** I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. X *[signed]* Partner Signature of Authorized Individual Paul Miller, Partner  207-809-2763 Printed Name of Authorized Individual Title of Authorized Individual 7/8/2011 Date 110 Marginal Way Ste 125 Portland ME 04101 | _____ Address X _____ _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

_Mara & Paul Miller_,
      Debtor

Case #: _Pending_

Chapter: _7_

## CERTIFICATION OF CREDITOR MATRIX

I hereby certify that the attached matrix, consisting of _6_ pages, includes the names and addresses of all creditors listed on the debtor's schedules.

_[signature]_
Attorney for Debtor, or Debtor if pro se

Dated: _7/8/11_

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PORTLAND MAINE

IN RE: MARA & PAUL MILLER, A PARTNERSHIP

JULY 8, 2011

## CREDITOR MATRIX

Marilyn Miller aka Mara Miller aka Marilyn Maffucci, Partner
110 Marginal Way Suite 125
Portland, ME 04101

Paul Miller, Partner
110 Marginal Way Suite 125
Portland, ME 04101

Washington Mutual Bank (Bankruprt)
c/o Hunt Leibert Jacobson
50 Weston Street
Hartford, CT 06120

Deutsche Bank, as assignee of Washington Mutual Bank
c/o Hunt Leibert Jacobson
50 Weston Street
Hartford, CT 06120

Chase Bank, as assignee of Washington Mutual Bank
c/o Hunt Leibert Jacobson
50 Weston Street
Hartford, CT 06120

Wells Fargo Bank, as assignee of Washington Mutual Bank
c/o Hunt Leibert Jacobson
50 Weston Street
Hartford, CT 06120

Bosworth Investment Group
c/o Hunt Leibert Jacobson
50 Weston Street
Hartford, CT 06120

Richard Clomiro Committee
1129 Post Road
Fairfield, CT 06824

Webster Bank
c/o Bloomenthal and Trow
970 Summer Street
Stamford, CT 06905

Town of Fairfield
611 Old Post Road
Fairfield, CT 06824

Pro Build LLC
c/o Robert Ziegler
58 East Main Street
Plainville, CT 06062

Joanne Faulkner
110 Avon Street
New Haven, CT 06510

Tina Pacheco
c/o Joanne Faulkner
110 Avon Street
New Haven, CT 06510

David Miller
178 Cherry Street #278
Milford, CT 06460

Internal Revenue Service
Kansas City, MO 64999

American Express
c/o Tobin and Melien
45 Court Street
New Haven, CT 06510

Discover
c/o Howard Schiff
510 Holland Street
East Hartford, CT 06108

Advanta
c/o Jacobs and Rozich LLC

Box 1952
New Haven, CT 06509

Federated Financial, as assignee of Advanta
c/o Jacobs and Rozich LLC
Box 1952
New Haven, CT 06509

LVNV, as assignee
c/o Julie Solomon
5 Columbus Circle
Albany, NY 12203

Pitney Bowes
Box 5010
Woodland, CT 91365

Bridgeport Hospital
267 Grant Street
Bridgeport, CT 06610

Home Depot
c/o Financial Services
7322 Southwest Freeway Suite 1600
Houston, TX 77074

Chase Commercial
800 Springer Drive
Lonbard, IL 60148

Travelers WC
77 Hartland Street Suite 401
East Hartford, CT 0606108

AT&T
c/o IC Systems
444 Highway 96 East
St Paul, MN 55164

Huntington Appraisal Group
140 Sherman Street
Fairfield, CT 06824

Kelly Services
999 W. Big Beaver Road
Troy, MI 48084

Peoples United
899 Main Street
Bridgeport, CT 06601

United Rentals
1 Bic Way
Shelton, CT 06484
TD North
1643 Post Road
Fairfield, CT 06824

Bridgeport Anesthesia
c/o American Adjustment Bureau
Box 2758
Waterbury, CT 06723

Bank of America
c/o Frederick Hanna
1427 Roswell Road
Marietta, GA 30062

Target
c/o Mitchell Kay
Box 9006
Smithtown, NY 11787

Lowes
50 Boston Post Road
Orange, CT 06477

Shell MC
c/o Asset Acceptance
Box 2036
Warren, MI 48090

Merrick Bank
c/o Davis Davis
393 Vanadium Road Suite 300
Pittsburgh, PA 15243

Aspire Visa/Midland Funding
c/o Howard Schiff
510 Holland Street
East Hartford, CT 06108

HSBC
c/o CCB
5300 S 6th Street
Springfield, IL 62703

GMMC
5300 S 6th Street
Springfield, IL 62703

Shell
3451 harry Truman Bvld
St Charles, MO 63301

Exxon
5959 La Colinas Boulevard
Irving, TX 75039

Dell Financial
Box 5804
Troy, MI 48007

Staples
1201 Kings Hgwy
Fairfield, CT 06824

Maritime Motors
Post Road
Fairfield, CT 06824

GMAC
Box 78369
Phoenix, AZ 85062-8369

Southern Connecticut Gas Company
Box 1999
Augusta, ME 04332

United Illuminating
Box 9230
Chelsea, MA 02150

Haynes Materials
300 Progress Avenue
Seymour, CT 06483

Continental Flooring
2002 Commerce Drive
Bridgeport, CT 06605

Lipnick Supply
c/o Sugarman
One Bradley Road
New Haven, CT 06525

Sears
c/o JC Christensen
Box 519
Sauk Rapids, MN 56379

Quill
c/o Slater, Tenaglia, Fritz and Hunt
Box 5476
Mt Laurel, NJ 08054

Lexis Nexis
c/o Richard Sugarman
100 Chapel Street
New Haven, CT 06510

Town Fair Tire
179 Post Road
Southport, CT 06890

Respectfully Submitted,

Mara & Paul Miller
Paul Miller, Partner
110 Marginal Way Ste 125
Portland, ME 04101
207-809-2763
866-891-8903fax
PFM@unitedobligations.com