UNITED STATES BANKRUPTCY COURT
District of Maine

```
*******************************
In re:                         *
                               *
Mara and Paul MilleR           *        Chapter  7
                               *        Case No. 11-20995
                               *
              Debtor           *
*******************************
```

## ORDER DISMISSING CHAPTER 7 CASE

On July 8, 2011, this Court issued an Order to Comply with Bankruptcy Rules 1007 and 3015(b) and Notice of Intent to Dismiss Case Under 11 USC Subsections 109(g)(1). Pursuant to said Order, debtor was required, upon pain of dismissal of the case, to file with the Court on or before, July 22, 2011, the following:

| | |
|---|---|
| __ | Voluntary Petition (Official Form 1 dated 04/10) |
| __ | Filing Fee or Application to Pay Filing Fee in Installments (Official Form 3A) and Initial Payment or Waiver of Filing Fee (Official Form 3B) |
| __ | Signature of debtor or attorney or petition preparer on the petition |
| __ | Notice to Debtor by Bankruptcy Petition Preparer (Official Form 19B) |
| __ | Creditor Matrix |
| __ | Verification of Creditor Matrix |
| __ | Statement of Social Security Number (Official Form 21) |
| __ | Certificate of Credit Counseling and Debt Repayment Plan or certification or request for waiver |
| __ | Statement Disclosing Compensation Paid or to be Paid to Bankruptcy Petition Preparer |
| __ | Statement of Current Monthly Income and Means Test Calculation (Official Form 22A) |
| _X_ | Schedules of Assets and Liabilities (Official Form 6): A__ B__ C__ D__ E x  F x  G x  Hx__ I__ J__ |
| __ | Signed Statement of Financial Affairs (Official Form 7) |
| __ | Statement Disclosing Compensation Paid to or to Be Paid to the Attorney for the Debtor |
| __ | Statement of Intention Regarding Secured Property (Official Form 8) |
| _X_ | Statistical Summary of Certain Liabilities, and Comply with LR 1002-1(b)(2). |

Debtor has failed to comply with this order.

IT IS THEREFORE ORDERED THAT:

This Chapter 7 case is dismissed.

Dated: July 26, 2011                    /s/ James B. Haines, Jr.
                                        Honorable James B. Haines, Jr. , Judge
                                        U.S. Bankruptcy Court